**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**

**APPENDIX D**

Vincent Smith
Plaintiff

v.

Civil Action No: 4-10-cv-86 (CDL)

Clear Channe Radio
Defendant(s)
Joseph Brannen
Jennifer Newman

10 AUG -6 PM 1:21

## COMPLAINT

1. Defendant is a citizen of the United States and resides at 1501 15th Ave Colombus GA

2. Defendant(s) names(s) Joseph Brannen Jennifer Newman - Clear Channel Radio

Location of principal office(s) of the named defendant(s) ______

Nature of defendant(s)' business Clear Channel Radio

Approximate number of individuals employed by defendant(s) ______

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 2000e-5(g).

4. The acts complained of in this suit concern:

(A) ______ Failure to employ me.
(B) __X__ Termination of my employment.

(C) ____________ Failure to promote me.
(D) ____X____ Other Acts as specified below:

PERJURY - GIVEN FALSE AND misleading INFORMATION TO THE lotter INVESTIGATOR

5. Plaintiff is:

(A) ____________ presently employed by the defendant(s).
(B) ____X____ not presently employed by the defendant(s).

The dates of this employment were 2000.

Employment was terminated because:

(1) ____X____ plaintiff was discharged.
(2) ____________ plaintiff was laid off.
(3) ____________ plaintiff left the job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

(A) ____X____ my race.
(B) ____________ my religion.
(C) ____________ my sex.
(D) ____________ my national origin.
(E) ____X____ other as specified below:

Racial PROfiling TARGETED ME BECAUSE I KNEW OF HIS CRIMINAL WAVE, I WAS AN THREAT TO HIS PROMOTION AND JENNIFER NEWMAN AS WELL

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant(s) company is (are) JOSEPH BRANNEN JENNIFER NEWMAN - clear ChANNEL Radio

8. The alleged discrimination occurred on or about 12-10-08 - 12 18-08

9. The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is/are as follows:

I WITNESS JOSEPH BRANNEN/JENNIFER NEWMAN taking computer and other Items FROM the company FOR THEIR OWN PERSONAL USE THEY KNEW

that I witness them stealing from clear channel over $300.000 in merchandise Ets, Falsely accused me of stealing Lottery Tickets, In which He admitted In the Appeal hearing That He open The package on 12-10-08. And noticed Items was missing But the package was Address To Helen Neal -of P.M.B.

10. The alleged illegal activity took place at 1501 15th Ave Columbus Ga - clear Channel Radio

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about 1-2010. I have attached a copy of the Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on 4-9-2010

12. I seek the following relief:

(A) X recovery of back pay.
(B) X reinstatement to my former job or position.
(C) ____ front pay (where reinstatement is not suitable).
(D) X damages (damages are recoverable only in age discrimination cases and only for "willful violations" of the Act.
(E) ____ injunctive relief.
(F) X expenses and attorney's fees.
(G) X other (describe below):

For Pains-Suffering Items Sold of my house keep my Bill current I Am seeking An Additional $2.000.000 Damages

8-5-2010
Date

[signature]
Signature of Plaintiff

Address of Plaintiff:
3000-Pierpoint Ave
Apt B.
Columbus GA 31904

Phone Number: 706-718-8050

Attachment: Right to Sue Notice

APPENDIX A
COMPLAINT FORMAT

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**Columbus DIVISION**

(Name of Plaintiff )
**Plaintiff**
**vs.** **Civil Action No.**
Vincent Smith
(Name of Defendant(s))
**Defendant**
clear channel Radio
Joseph Brannen
Jennifer Newman

**COMPLAINT**

(Double space text of complaint)

**Now comes the above plaintiff and shows the Court the following:**

1.

(Show plaintiff's residence or address.)

3006 B Pierpoint Ave
Cols Ga 31904

2.

(Show defendant(s) address(es).)

1501 15 Ave
Cols Ga 31902

3.

(State briefly your legal claim or your reason for filing suit. Include the statute under which the suit is filed.) Racial Discrimination - PerJury

APPENDIX A (Contd)
COMPLAINT FORMAT

4.

(Give a brief, concise statement of the specific facts involved in your case.)

I was Targeted Becaus I knew to mugh about Illegal activity at Clear Channel Evidents used against me was FaBeicated

5.

(State the relief you are requesting.)

Back wages - JOB REinstatement

$2000.000 . Dammages

[signature] 8-5-10
(Signature and date)

3006 PiERPoint AVE #B
(Address)

706-718-8050
(Phone Number)

[signature] Smiley
8-5-2010

In conclusion of my complaint only three Employee had access to the prize closet where packing tape pens paper Etcs are kept Joseph Brannen Tracy Long And Vivian Dupriest I had an master key. To all of the offices But my Key did not Fit the prize closet, who Ever had access to the closet had the oppotunity to open the package and rewrap it. Josep Bronnen Stated at the appeal hearing he open the Box on 12-10-08 and noticed Items missing But the package were address to Helen Neal of P.M.B. Broadcasting why would Joseph open an package that was not address to him Four months after lying on me He quit his Job at clear channel And went to work For P.M.B. Broadcasting taking Document Invoices with him which would Leak him to all The Stolen computers I witness him take from clear channel when he was questioned about someone stealing the computer and accessory I said the camera was Broken That's alway his Excuse someone mention Itemem are missing or stolen Even when an Employee office got Broken Into. ask him to Roll the Film Back, His Response the camera down or Broken. I caught Breaking Brian water office