**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | | |
|---|---|---|
| **VINCENT B. SMITH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION FILE** |
| | ) | **NO. 4:10-CV-00086-CDL** |
| **CLEAR CHANNEL RADIO, JOSEPH** | ) | |
| **BRANNEN, AND JENNIFER NEWMAN** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**DEFENDANT CLEAR CHANNEL BROADCASTING INC.'S
CORPORATE DISCLOSURE STATEMENT**

COMES NOW Defendant Clear Channel Broadcasting, Inc. ("Clear Channel"), by undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 87, hereby notifies the Court as follows:

1.  As of January 10, 2011, the parent and subsidiary corporations of Clear Channel Broadcasting Inc. are:

    CC Broadcast Holdings, Inc.;
    Clear Channel Broadcasting Licenses, Inc.;
    Clear Channel Holdings, Inc.;
    Clear Channel Communications, Inc.;
    Clear Channel Capital I, LLC;
    Clear Channel Capital II, LLC;
    CC Media Holdings, Inc.;
    Clear Channel Capital IV, LLC;
    Bain Capital (CC) IX, L.P.; and
    Thomas H. Lee Equity Fund VI, L.P.

2.  Clear Channel Broadcasting, Inc. is an indirect wholly-owned subsidiary of CC Media Holdings, Inc., a Delaware corporation that is approximately 26% publicly-owned.

Respectfully submitted this 10th day of January, 2011.

/s/ *Rebecca Shanlever*
Rebecca Shanlever
Georgia Bar No. 763930
rebecca.shanlever@troutmansanders.com
Kristina N. Klein
Georgia Bar No. 152150
kristina.klein@troutmansanders.com
TROUTMAN SANDERS LLP
Bank of America Plaza, Suite 5200
600 Peachtree Street, N.E.
Atlanta, GA  30308-2216
(404)885-3328 (phone)
(404)962-6568 (facsimile)

Counsel for Defendant Clear Channel

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | |
|---|---|
| **VINCENT B. SMITH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION FILE** |
| ) | **NO. 4:10-CV-00086-CDL** |
| **CLEAR CHANNEL RADIO, JOSEPH** ) | |
| **BRANNEN, AND JENNIFER NEWMAN** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **DEFENDANT CLEAR CHANNEL BROADCASTING, INC.'S CORPORATE DISCLOSURE STATEMENT** was filed with the Clerk of this Court using the CM/ECF system for filing.  I also certify that I have served a copy of the foregoing upon Plaintiff by depositing a true and correct copy of same in the United States mail with adequate postage thereon and addressed as follows:

> Vincent B. Smith
> 3006 Pierpoint Avenue
> Apartment B
> Columbus, GA 31904

This 10th day of January, 2011.

> */s/ Rebecca Shanlever*
> Counsel for Defendant Clear Channel

2240116v1