IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| VINCENT B. SMITH, | * |
| Plaintiff, | * |
| v. | Case No. 4:10-cv-86 (CDL) |
| | * |
| CLEAR CHANNEL BROADCASTING, INC., | |
| a/k/a CLEAR CHANNEL RADIO, et al., | * |
| Defendants. | * |

## J U D G M E N T

Pursuant to this Court's Order dated April 5, 2011, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 5th day of April, 2011.

Gregory J. Leonard, Clerk

s/ Timothy L. Frost, Deputy Clerk